# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,      :    CASE NO. 1:12-cr-95

        Plaintiff,        :    JUDGE BARRETT

        v.        :    **PETITION CONTESTING THE
FORFEITURE OF $121,680.00 IN**

MASAI WILLIAMS (1)        :    **UNITED STATES CURRENCY**
ANTONIO HOWARD (2),        **SEIZED DURING THE SEARCH**
        :    **CONDUCTED AT 2847 WERK ROAD,**
        Defendants.    **CINCINNATI, OHIO**

---

I, Robert Howard, under penalty of perjury, states as follows and presents this petition in conformity with Rule 32.2(c), Fed.R.Crim.P., for the purpose of contesting the forfeiture of $121,680.00 in United States Currency seized during a search conducted at 2847 Werk Road, Cincinnati, Ohio.

1.    I am the owner of $121,680.00 in United States Currency which was seized from my residence at 2847 Werk Road, Cincinnati, Ohio 45211 on August 30, 2012.

2.    I assert my right to contest the forfeiture of the $121,680.00 in United States Currency and I request that the Court conduct an ancillary hearing to which I am entitled under Rule 32.2(c), Fed.R.Crim.P.

_Robert Howard_
Robert Howard

Before me on September 9, 2013, in Hamilton County, Ohio, appeared Robert Howard who presented me photo identification and who subscribed this document in my presence.

_Donna I. Turner_
Notary Public



DONNA I. TURNER, Notary Public
In and for the State of Ohio
My Commission Expires June 14, 2015